## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCGUFFEY,<br>    Plaintiff. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 05-2840 |
| BRINK'S, INC., et al.,<br>    Defendants. | :<br>:<br>: | |

| | | |
|---|---|---|
| JAMES MCGUFFEY,<br>    Plaintiff. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 07-2299 |
| BRINK'S, INC., et al.,<br>    Defendants. | :<br>: | |

## ORDER

**AND NOW**, this __10TH__ day of August 2009, it is **ORDERED** that Plaintiff's Motion for Supplemental Attorney Fees Related to Defending His Fee Petition (Doc. #229 in 05-2480; Doc. ##103 and 104 in 07-2299) is **GRANTED**. The defendant Brink's, Inc., shall pay

- $18,040 in attorney's fees to Carmen Matos;

- $234.18 in costs of litigation to James McGuffey; and

- Post-judgment interest at 2.51% annually.

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: